UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

MIKE J. O'DONNELL, BRIAN CLARK STALEY, ISAIAH CHARLES SWEDEEN, THOMAS LEE GRIFFIN, CHARLES DANIEL WACHLIN, DARRIN EDWARD DOTSON, AARON ALLAN JONES, JR., THOMAS PATRICK WEISS, ANTHONY ALLEN JESSIE GARNETT, SR., ZHAWAASKOO GIISHIG AND TIMOTHY MICHAEL WEISS,

                Plaintiffs,

v.

CAL LUDEMAN, JOAN FABIAN, JOHN "JACK" ERSKINE, TERRY CARLSON, DAVID PINGRY, NANCY JOHNSTON, TOM LUNDQUIST, ANN LAVALLEY-WOOD, MICHAEL TESSNER, AMANDA POWERS, MARNIE DOLLINGER, GARY GRIMM, DENISE CONSIDINE, ERIC ATTENBERGER, JULIANNA BEAVENS, MIKE ZIMMERMAN, DUANE LINE, STEVE SAJDAK, AMANDA BLOOMQUIST, JON HIBBARD, SARAH FETTERS, JENNY BLAZJAK, TIMOTHY BROWN, SCOTT BENOIT, MICHAEL MEYER, THAYNE MURPHY, TONY HANTEN, RANDY VALENTINE, DEAN MOONEY, PAULA JOHNSON, BLAKE CAREY, CHAD WARD, SARA KULAS, and more, in their official and personal capacities,

                Defendants.

Civil No. 07-4887 (JRT/RLE)

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

    Mike J. O'Donnell, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

    Brian Clark Staley, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

    Isaiah Charles Swedeen, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

    Thomas Lee Griffin, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

Charles Daniel Wachlin, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

Darrin Edward Dotson, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

Aaron Allan Jones, Jr., MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

Thomas Patrick Weiss, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

Aaron Allen Jessie Garnett, Sr., MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

Ozhawaaskoo Giishig, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

Timothy Michael Weiss, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*.

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Plaintiffs' Complaint [Docket No. 1] is dismissed for failure to comply with this Court's Order of January 2, 2008, and for lack of prosecution.

2. That the Plaintiffs' Motions for Leave to Proceed In Forma Pauperis [Docket Nos. 2-10 and 12] are denied, as moot.

DATED: February 29, 2008
at Minneapolis, Minnesota.

                                                    s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                                    United States District Judge